IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:13-cr-082** |
| **v.** | : | |
| **TREVORN PARKINS** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the petition filed pursuant to 28 U.S.C. § 2255 is **DENIED**. Any appeal taken from this order is deemed frivolous and not taken in good faith.

                                                                                  s/Sylvia H. Rambo
                                                                                 SYLVIA H. RAMBO
                                                                                 United States District Judge

Dated: May 8, 2017